Carol B. Lewis (SBN 130188)
CLewis@crowell.com
Benjamin C. Watson (*Pro Hac Vice Forthcoming*)
BWatson@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Tel: 213.622.4750
Fax: 213.622.2690

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WOMEN'S RECOVERY CENTER, LLC, et al.,
Plaintiffs,

v.

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, et al.,
Defendants.

AND RELATED COUNTERCLAIM

Case No.

**DEFENDANTS' RULE 45 MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR PRODUCTION OF DOCUMENTS**

**NOTICE OF MOTION AND MOTION PURSUANT TO RULE 45**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on __________, at _______a.m./p.m., or as soon thereafter as this matter may be heard by the Honorable __________________, in Courtroom ___ of the United States District Court for the Eastern District of California, Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, CA 95814, Defendants[1] will and hereby do move this Court for an Order pursuant to Federal Rule of Civil Procedure 45 to quash Plaintiffs' document subpoena to non-party California Department of Managed Health Care ("DMHC") on the following grounds:

1. The Subpoena seeks Defendants' privileged information, including materials protected by the attorney-client privilege and the work product doctrine; and

2. The Subpoena seeks Defendants' proprietary and confidential information, including trade secrets and confidential commercial information.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Benjamin C. Watson and exhibits attached thereto, the Declaration of Errol J. King, Jr., and exhibits attached thereto, and on such oral argument as may be presented at the hearing on this matter.

[1] A full list of Defendants and associated counsel is provided on the signature page.

Dated: May 8, 2026

CROWELL & MORING LLP
By: */s/ Carol B. Lewis*
Carol B. Lewis
Benjamin C. Watson
(Pro Hac Vice Forthcoming)

Attorneys for Defendants Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California d/b/a Anthem Blue Cross, Anthem, Inc. (n/k/a Elevance Health, Inc.), The Anthem Companies of California, Inc., (n/k/a The Elevance Health Companies of California, Inc.), Blue Cross Blue Shield of Wisconsin, Anthem Insurance Companies, Inc., d/b/a in Indiana as Anthem Blue Cross and Blue Shield, Blue Cross and Blue Shield of Alabama, USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield, Anthem Health Plans, Inc., d/b/a Anthem Blue Cross and Blue Shield of Connecticut, Blue Cross and Blue Shield of Florida, Inc., Blue Cross and Blue Shield of Georgia, Inc., Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Texas, Anthem Health Plans of Kentucky, Inc. d/b/a Blue Cross Blue Shield of Kentucky, BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota, HMO Missouri, Inc., d/b/a Anthem Blue Cross and Blue Shield of Missouri, Blue Cross and Blue Shield of North Carolina, Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield of Ohio, BlueCross BlueShield of Tennessee, Inc., Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield of Virginia, CareFirst BlueChoice, Inc., CareFirst of Maryland, Inc., d/b/a CareFirst Blue Cross Blue Shield, Anthem HealthChoice Assurance, Inc., d/b/a Anthem Blue Cross and Blue Shield, HealthKeepers, Inc., Healthy

Alliance Life Insurance Company, Premera Blue Cross, Rocky Mountain Hospital and Medical Service, Inc., d/b/a Anthem Blue Cross and Blue Shield of Colorado, Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Nebraska, Inc., Blue Cross and Blue Shield of South Carolina, Regence BlueCross BlueShield of Oregon, Regence Blue Shield of Washington, Blue Cross & Blue Shield of Rhode Island, HMO Louisiana, Inc., Blue Cross and Blue Shield of Kansas City, Inc.

Dated: May 8, 2026

PHELPS DUNBAR LLP
By: * /s/ Errol J. King, Jr.*
Errol J. King, Jr.
(Pro Hac Vice Forthcoming)

Attorneys for Defendants
Viant, Inc. and MultiPlan, Inc.

Dated: May 8, 2026

REED SMITH LLP
By: */s/ Ally Allegretto*
Ally Allegretto
(Pro Hac Vice Forthcoming)

Attorneys for Defendants
Highmark Inc. d/b/a Highmark Blue Cross Blue Shield, Highmark Inc., d/b/a Highmark Blue Shield (f/k/a Pennsylvania Blue Shield)

Dated: May 8, 2026

FOLEY & LARDNER LLP

By: */s/ Jason Y. Wu*

Jason Y. Wu

Attorneys for Defendants Capital Blue Cross; Excellus Health Plan, Inc., dba Excellus BlueCross BlueShield; and Independence Hospital Indemnity Plan, Inc.