

# United States District Court
# Eastern District of California

| Women's Recovery Center, LLC, et al | |
|---|---|

Plaintiff(s)

Case Number:  | 2:26 mc 00151 DAD SCR |

V.

| Anthem Blue Cross Life and Health Insurance | |
|---|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Errol J. King, Jr. _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Viant, Inc. and MultiPlan, Inc.

On ___10/10/1986___ (date), I was admitted to practice and presently in good standing in the
___Louisiana Supreme Court___ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: ___05/14/2026___          Signature of Applicant: /s/ ___Errol J. King, Jr.___

**Pro Hac Vice Attorney**

Applicant's Name: Errol J. King, Jr.

Law Firm Name: Phelps Dunbar LLP

Address: II City Plaza

400 Convention St., Ste. 1100

City: Baton Rouge    State: LA    Zip: 70802

Phone Number w/Area Code: (225) 376 0207

City and State of Residence: Baton Rouge, Louisiana

Primary E-mail Address: errol.king@phelps.com

Secondary E-mail Address: cheryl.johnston@phelps.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jay Russell Sever

Law Firm Name: Phelps Dunbar LLP

Address: Canal Place

365 Canal Street, Ste. 2000

City: New Orleans    State: LA    Zip: 70130

Phone Number w/Area Code: (504) 566 1311    Bar # 165859

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 14, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT