

# United States District Court
## Eastern District of California

| Women's Recovery Center, LLC, et al. |
|---|

Plaintiff(s)

Case Number: | 2:26-mc-00151 DAD SCR |

V.

| Anthem Blue Cross Life & Health Ins. Co. et al |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Alessandra P. Allegretto
_____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Highmark Inc. d/b/a Highmark Blue Cross Blue Shield; Highmark Inc. d/b/a Highmark Blue Shield

On _____04/18/2022_____ (date), I was admitted to practice and presently in good standing in the
_____State of Pennsylvania_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____06/01/2026_____      Signature of Applicant: /s/ Alessandra P. Allegretto

**Pro Hac Vice Attorney**

Applicant's Name: Alessandra P. Allegretto

Law Firm Name: Reed Smith LLP

Address: 225 Fifth Avenue

City: Pittsburgh    State: PA    Zip: 15222

Phone Number w/Area Code: (412) 288-3131

City and State of Residence: Pittsburgh, PA

Primary E-mail Address: aallegretto@reedsmith.com

Secondary E-mail Address: akaton@reedsmith.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Carla M. Wirtschafter

Law Firm Name: Reed Smith LLP

Address: 1901 Avenue of Stars

Suite 700

City: Los Angeles    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 734-5200    Bar # 292142

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 1, 2026

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT