Carol B. Lewis (SBN 130188)
  CLewis@crowell.com
Benjamin C. Watson (*Pro Hac Vice*)
  BWatson@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOMEN'S RECOVERY CENTER, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, et al., <br><br> Defendants. <br><br><br> AND RELATED COUNTERCLAIM | Case No. 2:26-mc-00151-DAD-SCR <br><br> **STIPULATION RE: DISMISSAL OF MISCELLANEOUS ACTION WITHOUT PREJUDICE** <br><br> District Judge Dale A. Drozd <br> Magistrate Judge Sean C. Riordan |

Plaintiffs and Defendants, by and through the undersigned counsel, hereby stipulate to dismiss the above-entitled miscellaneous action without prejudice so that the court presiding over the underlying action may rule on the Defendants' pending Rule 45 Motion to Quash Plaintiffs' Subpoena for Production of Documents, ECF No. 1.  In support of this Stipulation, the Parties stipulate and agree as follows:

**RECITALS**

WHEREAS, on May 8, 2026, Defendants filed a Motion to Quash a subpoena pursuant to Federal Rule of Civil Procedure 45 in the United States District Court for the Eastern District of California (the "**Motion**");

WHEREAS, the action underlying the subpoena at issue is *Women's Recovery Center, LLC, et al. v. Anthem Blue Cross Life and Health Insurance Company, et al.*, No. 8:20-cv-00102-JWH (ADSx) (C.D. Cal. Dec. 5, 2019), pending in the United States District Court for the Central District of California (the "**C.D. Cal. Action**");

WHEREAS, pursuant to Federal Rule of Civil Procedure 45(f), the Parties agree that the Motion may be transferred to and decided by the court presiding over the C.D. Cal. Action.

**STIPULATION**

NOW, THEREFORE, the Parties, by and through the undersigned counsel, hereby stipulate and request that the Court transfer the Motion pursuant to Federal Rule of Civil Procedure 45(f) and dismiss the above-entitled miscellaneous action, without prejudice.

**IT IS SO STIPULATED.**

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIPULATION RE: DISMISSAL
WITHOUT PREJUDICE

Dated:  June 11, 2026

CROWELL & MORING LLP

By:   */s/ Carol B. Lewis*
Carol B. Lewis
Benjamin C. Watson

Attorneys for Defendants Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California d/b/a Anthem Blue Cross, Anthem, Inc. (n/k/a Elevance Health, Inc.), The Anthem Companies of California, Inc., (n/k/a The Elevance Health Companies of California, Inc.), Blue Cross Blue Shield of Wisconsin, Anthem Insurance Companies, Inc., d/b/a in Indiana as Anthem Blue Cross and Blue Shield, Blue Cross and Blue Shield of Alabama, USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield, Anthem Health Plans, Inc., d/b/a Anthem Blue Cross and Blue Shield of Connecticut, Blue Cross and Blue Shield of Florida, Inc., Blue Cross and Blue Shield of Georgia, Inc., Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Texas, Anthem Health Plans of Kentucky, Inc. d/b/a Blue Cross Blue Shield of Kentucky, BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota, HMO Missouri, Inc., d/b/a Anthem Blue Cross and Blue Shield of Missouri, Blue Cross and Blue Shield of North Carolina,

Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield of Ohio, BlueCross BlueShield of Tennessee, Inc., Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield of Virginia, CareFirst BlueChoice, Inc., CareFirst of Maryland, Inc., d/b/a CareFirst Blue Cross Blue Shield, Anthem HealthChoice Assurance, Inc., d/b/a Anthem Blue Cross and Blue Shield, HealthKeepers, Inc., Healthy Alliance Life Insurance Company, Premera Blue Cross, Rocky Mountain Hospital and Medical Service, Inc., d/b/a Anthem Blue Cross and Blue Shield of Colorado, Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Nebraska, Inc., Blue Cross and Blue Shield of South Carolina, Regence BlueCross BlueShield of Oregon, Regence Blue Shield of Washington, Blue Cross & Blue Shield of Rhode Island, HMO Louisiana, Inc., Blue Cross and Blue Shield of Kansas City, Inc.

Dated:  June 11, 2026

PHELPS DUNBAR LLP

By: *  /s/ Errol J. King, Jr.*
Errol J. King, Jr. (*Pro Hac Vice*)

Attorneys for Defendants
Viant, Inc. and MultiPlan, Inc.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION RE: DISMISSAL
WITHOUT PREJUDICE

Dated:  June 11, 2026                    REED SMITH LLP

                                          By:   /s/ Ally Allegretto
                                          Ally Allegretto (*Pro Hac Vice*)

                                          Attorneys for Defendants
                                          Highmark Inc. d/b/a Highmark
                                          Blue Cross Blue Shield, Highmark
                                          Inc., d/b/a Highmark Blue Shield
                                          (f/k/a Pennsylvania Blue Shield)

Dated:  June 11, 2026                    FOLEY & LARDNER LLP

                                          By:   /s/ Jason Y. Wu
                                          Jason Y. Wu

                                          Attorneys for Defendants
                                          Capital Blue Cross; Excellus
                                          Health Plan, Inc., dba Excellus
                                          BlueCross BlueShield; and
                                          Independence Hospital Indemnity
                                          Plan, Inc.

Dated:  June 10, 2026                    ARNALL  GOLDEN  GREGORY
                                          LLP

                                          By: /s/ Damon D. Eisenbrey
                                          Richard T. Collins
                                          Damon D. Eisenbrey

                                          Attorneys for Plaintiffs

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

STIPULATION RE: DISMISSAL
WITHOUT PREJUDICE