UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOMEN'S RECOVERY CENTER, LLC, et al., <br><br>             Plaintiffs, <br><br>         v. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, et al., <br><br>             Defendants. | Case No. 2:26-mc-00151-DAD-SCR <br><br> **[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL OF MISCELLANEOUS ACTION WITHOUT PREJUDICE** <br><br> District Judge Dale A. Drozd <br> Magistrate Judge Sean C. Riordan |
| AND RELATED COUNTERCLAIM | |

## [PROPOSED] ORDER

Based on the Joint Stipulation filed herewith, and for good cause appearing, **IT IS HEREBY ORDERED** that:

1) Defendants' Motion to Quash a subpoena pursuant to Federal Rule of Civil Procedure 45 (ECF No. 1) is **TRANSFERRED**, pursuant to Federal Rule of Civil Procedure 45(f), to the United States District Court for the Central District of California where the action underlying the subpoena is pending, *Women's Recovery Center, LLC, et al. v. Anthem Blue Cross Life and Health Insurance Company, et al.*, No. 8:20-cv-00102-JWH (ADSx) (C.D. Cal. Dec. 5, 2019); and

2) The above-entitled miscellaneous action, Case No. 2:26-mc-00151-DAD-SCR, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Date: June 11, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

-1-

PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL